**No. 10-5162. Steven Pinder, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.**

562 U.S. 1055, 131 S. Ct. 628, 178 L. Ed. 2d 457, 2010 U.S. LEXIS 9019.

November 15, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 907, 131 S. Ct. 252, 178 L. Ed. 2d 167, 2010 U.S. LEXIS 6850.

**No. 10-5322. Byron Case, Petitioner v. Larry Denney, Warden.**

562 U.S. 1055, 131 S. Ct. 628, 178 L. Ed. 2d 457, 2010 U.S. LEXIS 9021.

November 15, 2010. Petition for rehearing denied.

Former decision, 562 U.S. 915, 131 S. Ct. 277, 178 L. Ed. 2d 182, 2010 U.S. LEXIS 6909.